IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| BALWINDER KAUR, § | |
| § | |
| *Plaintiff,* § | |
| § | CIVIL ACTION NO. 1:22-CV-00413 |
| VS. § | JUDGE MICHAEL J. TRUNCALE |
| § | |
| AMGUARD INSURANCE COMPANY, § | |
| § | |
| *Defendant.* § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Agreed Motion to Dismiss with Prejudice. [Dkt. 23]. The Parties have advised that all matters in controversy between them have been fully and finally settled and they seek a dismissal with prejudice of this matter.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED** this 7th day of March, 2023.

Michael J. Truncale
United States District Judge